| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Reagan, Michael J | 2. Court or Organization Southern District of Illinois | 3. Date of Report 6/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 750 Missouri Avenue East St. Louis Illinois 62201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #2 . |
| 2. Trustee | Trust #3 . |
| 3. Trustee | Trust #4 . |
| 4. Director | Central and Southern Illinois Federal Bar Association |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Various | I have a percentage interest in several contingent fee cases that were referred to the Law firm of Weilmuenster & Wigginton P.C. , Belleville, IL , (cntd Part 8 |

FINANCIAL DISCLOSURE OFFICE RECEIVED JUN 15 11 46 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | United States-Federal Courts-U.S. District Judge salary | 142320.00 |
| 2. | 2003 | Fees from various clients paid to The Law Office of Michael J. Reagan (IRS form 1040, Schedule C, line 1) for work done prior to (cntd Part 8) | 404357.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reagan, Michael J | 6/3/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 6/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE**   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trustee for Trust #2 . | A | Dividend | K | T | | . | | | A.G. Edwards |
| 2. -Capital Income Builder Fund SH Ben Int Mutual Fund | A | Dividend | J | T | | | | | |
| 3. -New Economy Fund SBI Mutual Fund | A | Dividend | J | T | | | | | |
| 4. -Thornburg Investment Trust Value Fund CL A Mutual Fund | A | Dividend | J | T | Part Sell | 09/25 | J | A | A.G. Edwards |
| 5. Trustee for Trust #3. | A | Dividend | J | T | | | | | A. G. Edwards |
| 6. -Fundamental Investors Inc. Mutual Fund | | . | . | | Sell | 11/06 | J | A | A.G. Edwards |
| 7. -New Economy Fund SBI Mutual Fund | | | | | Sell | 11/06 | J | A | A.G. Edwards |
| 8. -Thornburg Investment Trust Value Fund CL A | | | | | Sell | 11/06 | J | A | A.G. Edwards |
| 9. Trustee for Trust #4 . | A | Dividend | J | T | | | | | A.G. Edwards |
| 10. -Fundamental Investors Inc.Mutual Fund | A | Dividend | J | T | | | | | |
| 11. -New Economy Fund SBI Mutual Fund | A | Dividend | J | T | Part Sell | 12/08 | J | A | A.G. Edwards |
| 12. -Thornburg Investment Trust Value Fund CL A | A | Dividend | J | T | Part Sell | 12/11 | J | A | A.G. Edwards |
| 13. IRA- Janus Mutual Fund | A | Dividend | K | T | | | | | |
| 14. IRA - A.G. Edwards & Sons | | | | | | | | | |
| 15. -Agilent Technologies Inc. | A | Dividend | K | T | . | | | | |
| 16. AT & T | A | Dividend | J | T | | | | | |
| 17. -ATT Wireless Inc. | A | Dividend | J | T | | | | | |
| 18. -Fluor Corp. | A | Dividend | J | T | | | | | |



1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 6/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.   -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 20.   -Intel Corp. | A | Dividend | K | T | | | | | |
| 21.   -Anheuser-Bush Co. Stock | A | Dividend | L | T | | | | | |
| 22.   - Massey Energy Co. | A | Dividend | J | T | | | | | |
| 23.   -Hewlitt-Packard Co. | A | Dividend | J | T | | | | | |
| 24.   -Lucent Technologies Inc. Stock | A | Dividend | J | T | | | | | |
| 25.   -Mckesson HBOC Inc. Stock | A | Dividend | J | T | | | | | |
| 26.   -Potash Corporation of Saskatchewan | A | Dividend | K | T | | | | | |
| 27.   -Sysco Co. Stock | A | Dividend | L | T | | | | | |
| 28.   -United Technologies Co. Stock | A | Dividend | K | T | | | | | |
| 29.   -William Wrigley Jr. Co. Stock | A | Dividend | K | T | | | | | |
| 30.   -AMCAP Mutual Fund | A | Dividend | K | T | | | | | |
| 31.   -Euro-Pacific Growth Fund SBI Mutual Fund | A | Dividend | K | T | | | | | |
| 32.   Agere Systems (Spin off Lucent) | A | Dividend | J | T | | | | | |
| 33.   Oshkosh Truck | A | Dividend | K | T | | | | | |
| 34.   New York Times | A | Dividend | J | T | | | | | |
| 35.   J P Morgan Chase | A | Dividend | J | T | | | | | |
| 36.   Comcast Corp. (Spin off AT & T) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 38. Income Fund of America (Purchased additional shares) | | | | | Buy | 01/02 | K | | A.G. Edwards |
| 39. Amcap Mutual Fund (Purchased additional shares) | | | J | T | Buy | Var. | J | | A.G. Edwards |
| 40. Europacific Growth Fund (Purchased additional shares) | | | J | T | Buy | Var. | J | | A.G. Edwards |
| 41. Income Fund of America (Purchased additional shares) | | | J | T | Buy | Var. | J | | A.G. Edwards |
| 42. Washington Mutual Investment Fund (Purchased add'nal shares) | | | J | T | Buy | Var. | J | | A.G. Edwards |
| 43. -Income Fund of America Mutual Fund | A | Dividend | L | T | | | | | |
| 44. Europacific Growth Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 45. -Washington Mutual Investors Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 46. Amcap Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 47. Account #1; A.G. Edwards & Sons, Inc. | | | | | | | | | |
| 48. -Ingersoll-Rand Ltd Class A | A | Dividend | K | T | | | | | |
| 49. -Intel Corp | A | Dividend | K | T | | | | | |
| 50. -Washington Mutial Investors Fund | A | Dividend | L | T | | | | | A.G. Edwards |
| 51. Washington Mutual Investors Fund (Purchased add'nal shares) | | | | | Buy | Var. | J | | A.G. Edwards |
| 52. -Eaton Corp | A | Dividend | K | T | | | | | |
| 53. -Axcelis Co. (Distribution from Eaton Co.) | A | Dividend | J | T | | | | | |
| 54. -JP Morgan Chase & Co | A | Dividend | | | Sell | 12/31 | J | A | A.G. Edwards |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 6/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.     - Ballard Power Systems | A | Dividend | | | Sell | 12/31 | J | A | A.G. Edwards |
| 56.     Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 57.     AT & T Co. Stock | A | Dividend | J | T | | | | | |
| 58.     Ameren Stock | A | Dividend | K | T | | | | | |
| 59.     Union Planters Corp Stock | A | Dividend | K | T | | | | | |
| 60.     Comcast (Spin off AT & T) | A | Dividend | J | T | | | | | |
| 61.     Account - #2; A.G. Edwards & Sons | | | | | | | | | |
| 62.     Capital World Growth & Income Mutual Funds | A | Dividend | J | T | Transfer out | 01/01 | J | | A.G. Edwards |
| 63.     New Economy Fund SBI Mutual Fund | A | Dividend | J | T | Transfer out | 01/01 | J | | A.G. Edwards |
| 64.     Thornburg Investment Trust Value Fund Cl A Mutual Fund | A | Dividend | J | T | Transfer out | 01/01 | J | | A.G. Edwards |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reagan, Michael J | 6/3/2004 |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART 2: Parties and Terms re: cntd ..., when I took the bench. I recuse from cases involving Weilmuenster & Wigginton P.C.. In cases where the clients chose representation other than Weilmuenster & Wigginton P.C., I have a quantuum meruit expectancy but no agreement.

PART 3: Source and Type re: Fees from, cntd ...taking the bench. Includes old AR's and fee splits for work performed prior to taking the bench but for which the client did not pay until 2003.

PART 7: Trust #1 dependent turned 21 years of age in 2002 and assets were transferred out of Trust.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reagan, Michael J | 6/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮

Date 6 / 11 / 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544